# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

TODD DUANE MINNIS,

        Plaintiff,

v.                               CASE NO. 5:19cv173-MCR-MJF

CHRISTOPHER BRANNON, et al.,

        Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 1, 2019. ECF No. 5. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.       The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.       This action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

3.       This dismissal be deemed a "strike" for purpose of 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this 6th day of September 2019.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**